UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BAC HOME LOANS SERVICING LP,

    Plaintiff,

    v.

FALL OAKS FARM LLC, et al.,

    Defendants.

Case No. 2:11-cv-274
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the February 26, 2015 motion to vacate the judgment filed by Defendant James Moder.  (ECF No. 160.)  If this filing is a motion under Federal Rule of Civil Procedure 60, Moder's prior notice of appeal divests this Court of the requisite jurisdiction to grant the motion.  Moreover, even if the Court has jurisdiction, the Court would deny the motion on the merits.  Accordingly, the Court **DENIES** the motion.

    **IT IS SO ORDERED.**

                                         /s/ Gregory L. Frost
                                      GREGORY L. FROST
                                      UNITED STATES DISTRICT JUDGE