# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

BAC HOME LOANS SERVICING LP,

      Plaintiff,

  v.                                  Case No. 2:11-cv-274
                                      JUDGE GREGORY L. FROST
                                      Magistrate Judge Terence P. Kemp

FALL OAKS FARM LLC, et al.,

      Defendants.

## ORDER

      This matter is before the Court for consideration of a motion to stay filed by Defendant James Moder. (ECF No. 165.) In this filing, Moder once again asks this Court to stay the foreclosure sale of the property involved in this action. Moder bases this request on his disagreement with this Court's decisions and his continued characterization of the facts and the law. This Court has already rejected the substance of these arguments.

      The Court therefore **DENIES** the motion to stay. (ECF No. 165.)

      **IT IS SO ORDERED.**

                                                          /s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE