UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BAC HOME LOANS SERVICING LP,**

      **Plaintiff,**

                                                       **Case No. 2:11-cv-274**
      **v.**                                               **JUDGE GREGORY L. FROST**
                                                     **Magistrate Judge Terence P. Kemp**

**FALL OAKS FARM LLC, et al.,**

      **Defendants.**

**ORDER**

      This matter is before the Court for consideration of the March 9, 2015 motion to stay the foreclosure sale.  (ECF No. 167.)  The Court **GRANTS** the motion, **STAYS** this litigation until further order, and **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** the case.  The Court shall reactivate the case upon notification from a party that the foreclosure sale should proceed or that some other event permitting this case to proceed has occurred.

      **IT IS SO ORDERED**.

                                                                        /s/ Gregory L. Frost
                                                                     GREGORY L. FROST
                                                                     UNITED STATES DISTRICT JUDGE