UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BAC HOME LOANS SERVICING LP,

    Plaintiff,

  v.

FALL OAKS FARM LLC, et al.,

    Defendants.

Case No. 2:11-cv-274
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the May 5, 2015 motion to substitute Carrington Mortgage Services, LLC as the plaintiff in this action. (ECF No. 171.) The Court **GRANTS** the motion and directs the Clerk to make the substitution on the docket.

    **IT IS SO ORDERED.**

                                  /s/ Gregory L. Frost
                              GREGORY L. FROST
                              UNITED STATES DISTRICT JUDGE