UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BAC HOME LOANS SERVICING LP,

    Plaintiff,

  v.

FALL OAKS FARM LLC, et al.,

    Defendants.

Case No. 2:11-cv-274
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of a motion to stay filed by Defendant James Moder.  (ECF No. 187.)  In this motion, Moder again asks this Court to stay the foreclosure sale of the property involved in this action.  As he has done repeatedly, Moder bases this request on his disagreement with this Court's decisions and his continued characterization of the facts and the law.  This Court has already repeatedly rejected the substance of these arguments.  Additionally, Moder's issues with the Court's prior Federal Rule of Civil Procedure 54(b) certification do not provide a basis for a stay; it makes no sense that he was *unable* to appeal based on his subjective interpretation of certification requirements.

The Court **DENIES** the motion to stay.  (ECF No. 187.)

IT IS SO ORDERED.

        /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE