UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BAC HOME LOANS SERVICING LP,

    Plaintiff,

    v.

FALL OAKS FARM LLC, et al.,

    Defendants.

Case No. 2:11-cv-274
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the December 28, 2015 combined motion to stay and motion for leave to file additional pleadings filed by Defendant James Moder. (ECF No. 194.)  In this filing, Moder again asks this Court to stay the foreclosure sale of the property involved in this action.  As he has done repeatedly, Moder bases this request on his disagreement with this Court's decisions and his continued characterization of the facts and the law.  But the Court has already repeatedly rejected the substance of these arguments and has repeatedly recognized that the pleading stage of this case is over.  The judgment of foreclosure in this case was entered on May 2, 2013.  (ECF No. 116.)  Since that date, Moder has repeatedly attempted to reopen the merits of this case and otherwise prevent the ordered sale through duplicative motions practice.  Moder has failed to present grounds warranting either additional pleadings or a stay.  The Court therefore **DENIES** the combined motion to stay and motion for leave to file additional pleadings.  (ECF No. 194.)

    IT IS SO ORDERED.

                              /s/ Gregory L. Frost
                            GREGORY L. FROST
                            UNITED STATES DISTRICT JUDGE